IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Givan, Raffael

Printed: 11/6/07

Case Number: 07 B 01856
Judge: Hollis, Pamela S
Filed: 2/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: October 19, 2007
Confirmed: June 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,601.52 |  |
| Secured: |  | 930.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,359.34 |
| Trustee Fee: |  | 130.68 |
| Other Funds: |  | 181.50 |
| Totals: | 2,601.52 | 2,601.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,524.00 | 1,359.34 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Diamond Acceptance | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Auto Finance | Secured | 6,103.12 | 930.00 |
| 5. | AMC Mortgage Services Inc | Secured | 3,564.06 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 1,385.13 | 0.00 |
| 7. | Internal Revenue Service | Priority | 600.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 760.00 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 70.68 | 0.00 |
| 10. | Illinois Dept Of Healthcare And Family | Unsecured | 573.88 | 0.00 |
| 11. | Wells Fargo Auto Finance | Unsecured | 721.55 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 85.76 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 194.06 | 0.00 |
| 14. | AmeriCash Loans, LLC | Unsecured | 41.51 | 0.00 |
| 15. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 16. | American Collection Corp | Unsecured |  | No Claim Filed |
| 17. | Kmart Corp | Unsecured |  | No Claim Filed |
| 18. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 19. | Cato Corp. Charlotte | Unsecured |  | No Claim Filed |
| 20. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 21. | Cbe Group | Unsecured |  | No Claim Filed |
| 22. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 23. | Debt Credit | Unsecured |  | No Claim Filed |
| 24. | Eastern Collection Corp. | Unsecured |  | No Claim Filed |
| 25. | Credit Protection Association | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Givan, Raffael                                 Case Number:  07 B 01856
                                                          Judge:  Hollis, Pamela S

Printed:  11/6/07                                         Filed:  2/5/07

| | | | | |
|---|---|---|---|---|
| 26. | Drive Financial Services | Unsecured | | No Claim Filed |
| 27. | Education Finance Plans | Unsecured | | No Claim Filed |
| 28. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 29. | GC Services | Unsecured | | No Claim Filed |
| 30. | IC System Inc | Unsecured | | No Claim Filed |
| 31. | GEMB | Unsecured | | No Claim Filed |
| 32. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 33. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 34. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 35. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 36. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 37. | KCA Financial Services | Unsecured | | No Claim Filed |
| 38. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | Pay Day Loan Co | Unsecured | | No Claim Filed |
| 41. | TRS Services | Unsecured | | No Claim Filed |
| 42. | Nextel Communications | Unsecured | | No Claim Filed |
| 43. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 44. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 45. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 46. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 47. | Wells Fargo Bank | Unsecured | | No Claim Filed |
| 48. | Professional Account Management | Unsecured | | No Claim Filed |

                                                            _____        _____
                                                            $ 16,623.75       $ 2,289.34

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 130.68 |
|  | _____ |
|  | $ 130.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_